# Exhibit Q

P.O. Box 19609
Johnston, RI 02919

June 7, 2023

Albert Pak, Esq.
Keller Lenkner LLC
1300 I Street N.W., Suite 400E
Washington, DC 20005
Via Email to: kohlsservice@kellerpostman.com

Meredith Slawe, Esq.
Skadden, Arps, Slate, Meagher & Flom (UK) LLP
One Manhattan West
New York, NY 1001-8602
Via Email to: meredith.slawe@skadden.com

Case Number: 01-23-0002-3461

Individual Claimants
-vs-
Kohl's Corporation, Kohl's, Inc.

Dear Parties:

The American Arbitration Association (AAA) acknowledges receipt of 2,231 individual consumer demands for arbitration filed against Kohl's on May 22, 2023, an additional 27,691 demands for arbitration filed on May 23, 2023 and a third submission of 24,573 demands for arbitration on May 26, 2023. We note that the arbitration clause filed by claimants provides for administration by the AAA. A copy of the Terms of Service provided by Claimants is enclosed. For a list of cases, please refer to the emails submitted by Claimants with copies of the required filing spreadsheets.

Prior to the filing of these arbitrations, Kohl's failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration, which can be found on our web site, www.adr.org.

Due to Kohl's prior non-compliance, in order for the AAA to consider accepting these consumer disputes, as well as disputes going forward, Kohl's must advise the AAA of its intention to comply with the AAA's Consumer Rules and Protocol and, if applicable, resolves any outstanding payment obligations. Kohl's, at a minimum, must register its arbitration clause that names the AAA on the Consumer Clause Registry on our website, https://apps.adr.org/ClauseRegistry. Upon completion of the registration process and confirmation from the AAA that Kohl's is now active on the Consumer Clause Registry, along with the parties' completion of the AAA filing requirements, the AAA will begin to proceed with the administration of these cases.

We ask that Kohl's either complete their Registration or advise that they do not intend to register their consumer arbitration clause on or before **June 14, 2023.** If the business does not comply, absent a court order, the AAA will be unable to provide arbitration administration to the parties to assist them in resolving their disputes.

Sincerely,
/s/
Adam Shoneck
Assistant Vice President
Direct Dial: (401)431-4798

Email: ShoneckA@adr.org

Enclosure

Cc: Patrick Huber
Melinda Maxson
Todd Carpenter
Jim Drimmer
Scott Kitner
Martin Woodward
Matt Zevin
Lauri Mazzuchetti
James Saylor
Mike McTigue
Kohlsservice