# Exhibit R

P.O. Box 19609
Johnston, RI 02919

June 20, 2023

Albert Pak, Esq.
Keller Lenkner LLC
1300 I Street N.W., Suite 400E
Washington, DC 20005
Via Email to: kohlsservice@kellerpostman.com

Meredith Slawe, Esq.
Skadden, Arps, Slate, Meagher & Flom (UK) LLP
One Manhattan West
New York, NY 1001-8602
Via Email to: meredith.slawe@skadden.com

Case Number: 01-23-0002-3461
Individual Claimants
-vs-
Kohl's Corporation, Kohl's, Inc.

Dear Counsel:

We are in receipt of Mr. Pak's correspondences dated June 12 and 13, 2023 and Ms. Mazzuchetti's correspondence dated June 12 and 13, 2023 responding to the American Arbitration Association's ("AAA") letter of June 7, 2023.

Please note that because Kohl's has confirmed they will not register their consumer arbitration agreement on the Consumer Clause Registry and because Kohl's has previously not complied with our Consumer Arbitration Rules ("Rules") and Consumer Due Process Protocol ("Protocol"), we decline to administer the cases filed by claimants against Kohl's on May 22, May 23, and May 26, 2023. We have closed our files on these matters and will return claimants' payments totaling $192,325.

In response to the Claimants' inquiry, we have reviewed our records and confirm that Kohl's does not have any outstanding payment obligations to the AAA. The AAA's June 7, 2023 letter asks only that Kohl's satisfy any outstanding payment obligations if applicable. Were Kohl's to register its consumer arbitration clause in the future with the AAA's Registry, Kohl's would need to pay the fee to register their clause.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 3 months after the date of this letter.

Sincerely,
/s/
Adam Shoneck
Assistant Vice President
Direct Dial: (401)431-4798
Email: shonecka@adr.org
Fax: (866)644-0234

cc:  Todd D. Carpenter, Esq.

Martin Woodward
Lauri Mazzuchetti, Esq.
James B. Saylor, Esq.
Scott Kitner, Esq.
Jim Drimmer, Esq.
Melinda Maxson, Esq.
Michael W. McTigue, Jr.
Patrick Huber, Esq.
Matthew Zevin, Esq.